IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JACQUELINE GERRETTIE-GENETT,

                Plaintiff,                              ORDER

      v.                                                 05-C-0067-C

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

      Plaintiff Jacqueline Gerrettie-Genett has filed a motion pursuant to 42 U.S.C. § 406(b) asking this court to approve the payment of attorney fees to her attorney, Dana Duncan, in the amount of $725.75. This amount represents 25 percent of plaintiff's past-due benefits awarded by the Social Security Administration. (Although Duncan asserts in his affidavit that he is also requesting attorneys fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, to date he has not filed a motion seeking an award of fees under that statute.) Having considered the motion and supporting materials filed by plaintiff's attorney, and hearing no objection from plaintiff or defendant, I will grant the motion. The fees requested by Duncan are reasonable in light of the time he spent on this case and the favorable result he obtained for plaintiff.

ORDER

IT IS ORDERED that plaintiff's motion for an order approving an award of attorney fees pursuant to 42 U.S.C. § 406(b) is GRANTED. Plaintiff's attorney, Dana Duncan, is entitled to attorney fees in the amount if $725.75, which represents 25 percent of plaintiff's past-due benefits awarded by the Social Security Administration.

Entered this 21st day of May, 2008.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge